### 15672.  DUNN *v.* THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial shows error requiring a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 8, 1924.

Selling whisky; from Appling superior court—Judge Highsmith. April 18, 1924.

*V. E. Padgett,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.